# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>James Bradley Strahler II<br>2201 Riverside Drive, Apartment 221<br>Columbus, Ohio 43221<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-377<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 2024-June 2025 in the county of Franklin and Delaware in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1466A(1)(a) | Production or Distribution of Obscene Visual Representation of Child Porn |
| 18 U.S.C. § 1462 | Transportation of Obscene Material |
| 18 U.S.C. § 2252A(a)(7) | Production of a Morphed Image of Child Pornography |
| 18 U.S.C. § 2261A(2) | Cyberstalking |
| 18 U.S.C. § 875(d) | Sextortion |
| 47 U.S.C. §223(a)(1)(C) | Anonymous Telecommunications Harassment |

This criminal complaint is based on these facts:

See the attached Affidavit of FBI SA Josh Saltar which is fully incorporated herein.

☑ Continued on the attached sheet.

Digitally signed by SALTAR.JOSH.A13U65E39
Date: 2025.06.23 09:52:07 -04'00'

*Complainant's signature*

Josh Saltar, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/23/2025

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*